**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000706
23-APR-2024
08:06 AM
Dkt. 37 OGMD**

NO. CAAP-23-0000706

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
DURAN SEKONA, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 1CPC-23-0000337)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By:  Leonard, Acting Chief Judge, Hiraoka and Guidry, JJ.)

Upon consideration of Defendant-Appellant Duran Sekona's (Sekona) April 17, 2024 Motion for Dismissal of the Instant Appeal, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) Sekona seeks to dismiss the appeal; and (3) attached to the motion is Sekona's declaration showing he understands the consequences of voluntary dismissal, consistent with Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 42(c).  Therefore, IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed, under HRAP Rule 42(b)-(c).

DATED:  Honolulu, Hawaiʻi, April 23, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge